Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re: Gwen Curriden
Debtor

                                                  Case No.: 05−38352−JHW
                                                  Chapter 7

Steven R. Neuner
Plaintiff

v.

Innovative Mortgage Solutions LLC
Defendant

Adv. Proc. No. 06−01761−JHW                         Judge: Judith H. Wizmur

### NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

      Please be advised that on December 20, 2007, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 67 − 37
Letter Opinion (related document:[37] Motion re: To Amend Plaintiff's Complaint filed by Plaintiff Steven R. Neuner).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 12/20/2007 (eag)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 20, 2007
JJW: eag

                                                                                 James J. Waldron
                                                                                 Clerk