Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re:  Gwen Curriden
Debtor

Case No.: 05–38352–JHW
Chapter 7

Steven R. Neuner
Plaintiff

v.

Innovative Mortgage Solutions LLC
Defendant

Adv. Proc. No. 06–01761–JHW                    Judge: Judith H. Wizmur

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on June 25, 2008, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 100 – 73
Supplemental Opinion (related document:[73] Motion to Reconsider (related document:[70] Order (Generic)) filed by Defendant Innovative Mortgage Solutions LLC).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 6/25/2008 (eag, )

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 25, 2008
JJW: eag

James J. Waldron
Clerk